IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NORMA GRAY, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | NO. 12-4687 |
| v. | : | |
| BANK OF AMERICA, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 19th day of March, 2013, it is hereby ORDERED as that Defendant Bank of America's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 4) is GRANTED. The Complaint of Plaintiff Norma Gray is DISMISSED without prejudice and with leave to file an amended complaint in compliance with Fed. R. Civ. P. 8.

The Clerk of Court is DIRECTED to mark this case closed.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II      J.